```
 1   PILLSBURY WINTHROP SHAW PITTMAN LLP
     ALBERT J. BORO, JR. (CA Bar # 126657)
 2   albert.boro@pillsburylaw.com
     JOANNE H. KIM (CA Bar # 221525)
 3   joanne.kim@pillsburylaw.com
     50 Fremont Street
 4   San Francisco, CA  94105
     Telephone: (415) 983-1000
 5   Facsimile: (415) 983-1200

 6   Attorneys for Defendant
     SHARP ELECTRONICS CORPORATION
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Henry Truong, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LG Phillips LCD Co., Ltd, et al.,<br><br>　　　　　　　　　　　Defendants. | No. C-06-7639 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 12, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

1  WHEREAS there are motions pending before the Judicial Panel on Multidistrict
2  Litigation to transfer the LCD Cases to the Northern District of California or the District of
3  New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §
4  1407;
5  WHEREAS plaintiff anticipates the possibility of Consolidated Amended
6  Complaints in the LCD Cases;
7  WHEREAS plaintiff and defendant Sharp Electronics Corporation ("SEC") have
8  agreed that an orderly schedule for any response to the pleadings in the LCD Cases would
9  be more efficient for the parties and for the Court;
10  WHEREAS plaintiff agrees that the deadline for SEC to respond to the Complaint
11  shall be extended until the earlier of the following two dates: (1) forty-five days after the
12  filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after
13  plaintiff provides written notice to SEC that he does not intend to file a Consolidated
14  Amended Complaint, provided that such notice may be given only after the initial case
15  management conference in the MDL transferee court in this case;
16  WHEREAS plaintiff further agrees that this extension is available, without further
17  stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing
18  of their intention to join this extension;
19  WHEREAS this Stipulation does not constitute a waiver by SEC or any defendant
20  of any defense, including but not limited to the defenses of lack of personal or subject
21  matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
22  venue.
23  PLAINTIFF AND DEFENDANT SHARP ELECTRONICS CORPORATION, BY
24  AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
25  STIPULATE AS FOLLOWS:
26  1.  The deadline for the SEC to respond to the Complaint shall be extended until
27  the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated
28  Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides

1  written notice that he does not intend to file a Consolidated Amended Complaint, provided
2  that such notice may be given only after the initial case management conference in the
3  MDL transferee court in this case.
4      2.    This extension is available, without further stipulation with counsel for
5  plaintiff or further order of the Court, to all named defendants who notify plaintiff in
6  writing of their intention to join this extension.
7      IT IS SO STIPULATED.
8
9  Dated:  January 8, 2007      Dated:  January 8, 2007
10 Signature: /s/ Christopher L. Lebsock      Signature:  /s/ Albert J. Boro, Jr.

11 Michael P. Lehmann      Albert J. Boro, Jr.
    Thomas P. Dove      Joanne H. Kim
12 Christopher L. Lebsock      Pillsbury Winthrop Shaw Pittman LLP
    Jon T. King      50 Fremont Street
13 Furth Lehmann & Grant LLP      San Francisco, California  94105
    225 Bush Street, 15th Floor
14 San Francisco, CA 94104-4249      Counsel for Defendant Sharp Electronics Corporation

15 Francis O. Scarpulla
    Craig C. Corbitt
16 Zelle Hofmann Voelbel Mason & Gette LLP
    44 Montgomery Street, Suite 3400
17 San Francisco, CA 94104

18 Counsel for Plaintiff Henry Truong

19

20 SO ORDERED:

21
    Dated:
22      _____
    United States District Judge
23

24

25

26

27

28

500118138v1      - 3 -      STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. C-06-7639 SI