1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   | Henry Truong, individually and on behalf | Case No. C-06-7639 MMC |

of all those similarly situated,

12
                                                    **STIPULATION AND ORDER FOR**
                     Plaintiff,                     **EXTENSION OF TIME**

13
                                                    Honorable Maxine M. Chesney
                     v.

14

15   LG-Philips LCD Co. Ltd., LG Philips LCD
     America, Inc.; Samsung Electronics Co.
     Ltd.; Sharp Corporation; Sharp Electronics

16   Corporation; Toshiba Corporation Toshiba
     Matsushita Display Technology Co., Ltd.;

17   Hitachi Ltd.; Hitachi Displays, Ltd.;
     Hitachi America Ltd.; Hitachi Electronic

18   Devices (USA), Inc.; Sanyo Epson Imaging
     Devices Corporation; NEC Corporation;

19   NEC LCD Technologies, Ltd.; NEC
     Electronics America, Inc.; IDT

20   International Ltd.; AU Optronics;
     International Display Technology       Co.,

21   Ltd.; International Display Technology
     USA Inc.; AU Optronics Corporation

22   America; Chi Mei Optoelectronics; Chi
     Mei Optoelectronics USA, Inc.; Chunghwa

23   Picture Tubes Ltd.; Hannstar Display
     Corporation,

24
                     Defendants.

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO      1-SF/7453503.1

## STIPULATION FOR EXTENSION OF TIME

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 12, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation to transfer the LCD Cases to the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the LCD Cases;

WHEREAS plaintiff and Hitachi America, Ltd. ("HAL") and Hitachi Electronic Devices (USA), Inc. ("HED-US") have agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties and for the Court;

WHEREAS plaintiff agrees that the deadline for HAL and HED-US to respond to the Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after plaintiff provided written notice to HAL and HED-US that plaintiff does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case;

WHEREAS plaintiff further agrees that this extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of their intention to join this extension;

WHEREAS this Stipulation does not constitute a waiver by HAL and HED-US or any defendant of any defense, including but not limited to the defenses of lack of personal or subject

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7453503.1

2

STIPULATION AND ORDER
FOR EXTENSION OF TIME
C-06-7639 MMC

1    matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper

2    venue.

3              PLAINTIFF AND DEFENDANTS HAL AND HED-US, BY AND THROUGH THEIR

4    RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

5              1.      The deadline for the HAL and HED-US to respond to the Complaint shall be

6    extended until the earlier of the following two dates (1) forty-five days after the filing of a

7    Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff

8    provides written notice that he does not intend to file a Consolidated Amended Complaint,

9    provided that such notice may be given only after the initial case management conference in the

10   MDL transferee court in this case.

11             2.      This extension is available, without further stipulation with counsel for plaintiff or

12   further order of the Court, to all named defendants who notify plaintiff in writing of their

13   intention to join this extension.

14             IT IS SO STIPULATED.

15

16   Dated: _____January 5, 2007_____        Dated: _____January 5, 2007_____

17   Signature: _____            Signature: _____William J. Taylor_____

18   Michael P. Lehmann                     Kent M. Roger
     Thomas P. Dove                         William J. Taylor
19   Christopher L. Lebsock                 Morgan, Lewis & Bockius LLP
     Jon T. King                            One Market, Spear Street Tower
20   Furth Lehmann & Grant LLP              San Francisco, CA 94105-1126
     225 Bush Street, 15th Floor
21   San Francisco, CA 94104-4249           Counsel for Defendants
                                            Hitachi America, Ltd. and Hitachi Electronic
22   Francis O. Scarpulla                   Devices (USA), Inc.
     Craig C. Corbitt
23   Zelle Hofmann Voelbel Mason & Gette LLP
     44 Montgomery Street, Suite 3400
24   San Francisco, CA 94104

25   Counsel for Plaintiff Henry Truong

26   SO ORDERED: _____

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7453503.1                    3                    STIPULATION AND ORDER
                                                       FOR EXTENSION OF TIME
                                                       C-06-7639 MMC